UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>William Hilton</u>

       v.                                                 Case No. 07-cv-292-PB

<u>Androscoggin Valley Hospital, et al.</u>


**J U D G M E N T**


In accordance with the Orders by Judge Paul Barbadoro dated December 20, 2007, April 3, 2008 and April 8, 2008, judgment is hereby entered.


                                                                                 By the Court,

                                                       /s/ James R. Starr
                                                       James R. Starr, Clerk

April 10, 2008

cc:    Counsel of Record